IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVID SILVER,

       Plaintiff,

v.                                                         CV 15-830 WPL/KK

QUORA, INC., and ADAM D'ANGELO,
Found, Principal Owner, and CEO, Quora, Inc.,

       Defendants.

**ORDER STRIKING PLAINTIFF'S SUPPLEMENTAL RESPONSE (Doc. 38)**

On December 10, 2015, Judge Khalsa granted David Silver time to complete limited discovery regarding personal jurisdiction over Adam D'Angelo and until January 22, 2016, to file a supplemental response to the Defendants' motion to dismiss. (Doc. 27.) Silver missed the January 22 deadline. Instead, Silver submitted his supplemental response on January 27, 2016, with an affidavit filled out on January 25, 2016—both after the Court-imposed deadline. (*See* Doc. 38.)

Presumably by way of explanation, Silver states that "[t]he Court should bear in mind that Plaintiff granted a one week delay to Adam D'Angelo for his responses, which pushed this Response out one week." (*Id.*) This explanation is unsupported and unpersuasive. I do not find good cause for allowing Silver to submit his supplemental brief in an untimely manner. Furthermore, even if I were to allow Silver to submit his supplemental response late, the "response" submitted does not address the matter of personal jurisdiction over D'Angelo.

Silver's supplemental response is untimely and outside the scope permitted. Accordingly, Silver's supplemental response is stricken from the record.

IT IS SO ORDERED.

_William P. Lynch_
William P. Lynch
United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.